UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BOBBY DEAN PERRY**                                              **CIVIL ACTION**

**VERSUS**                                                        **NO. 11-382**

**MICHAEL J. ASTRUE, COMMISSIONER**                               **SECTION: "B" (2)**
**OF SOCIAL SECURITY ADMINISTRATION**

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, **IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** to the extent she seeks to challenge the Commissioner's January 6, 2011 notice that she met the medical requirements to receive SSI or the February 24, 2011 notice that part of her SSI payments would be withheld. **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** to the extent it seeks to reopen and appeal the Commissioner's June 11, 1998 decision.

New Orleans, Louisiana, this 26th day of January, 2012.

UNITED STATES DISTRICT JUDGE